UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ESTATE OF LALIAH SWAYZER, *et al.*,

    Plaintiffs,

v.                                                          Case No. 16-cv-1703-pp

DAVID A. CLARKE, JR., *et al.*,

    Defendants.

**ORDER REQURING DEFENDANT ARMOR CORRECTIONAL TO FILE SECOND SUPPLEMENTAL DECLARATION IN SUPPORT OF DEFENDANTS' JOINT BILL OF COSTS.**

On December 22, 2017, the defendants filed a joint bill of costs, seeking the court's approval for an award of sanctions under the court's November 29, 2017 ruling. Dkt. No. 120. The Milwaukee County defendants and the Armor Correctional defendants filed separate declarations in support of their joint bill of costs. Dkt. Nos. 121, 122. The plaintiff responded to the bill of costs on January 10, 2018 (dkt. no. 142), noting that neither defendant had included an itemization of the attorneys' hourly rates or the number of hours that the attorneys had worked on the particular line item events.

In reply, both sets of defendants filed supplemental declarations in support of the bill of costs. Dkt. Nos. 144, 145. The Milwaukee County defendants included information about their attorneys' hourly rates, as well as the hours worked for each of the line items. Dkt. No. 145. The Armor Correctional defendants, however, added only the initials of the particular

1

attorney billing each line item. They did not disclose each attorney's hourly billing rate, nor did they disclose how much time each attorney spent on each line item. In order to evaluate the defendants' bill of costs, the court needs this information.

The court **ORDERS** that the Armor Correctional defendants shall file a second supplemental declaration that includes (1) a statement of the hourly rates of the attorneys (or, if relevant, support staff); and (2) the hours expended for each line item by no later than the end of the day on **March 16, 2018**. If the Armor Correctional defendants do not provide the information the court requests, the court may decline to include the sums they request in the award of sanctions.

Dated in Milwaukee, Wisconsin this 1st day of March, 2018.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**United States District Judge**
