# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

THE ESTATE OF LALIAH SWAYZER, et al.,

      Plaintiffs,

v.                                Case No. 16-CV-1703

DAVID A. CLARKE, JR, et al.,

      Defendants.

# ORDER

On November 13, 2018, the court held a telephonic hearing regarding the plaintiffs' motion challenging Armor's designation of discovery as confidential (ECF No. 236) and Armor's motion seeking to strike that motion of the plaintiffs (ECF No. 237).

Armor's motion to strike (ECF No. 237) is **denied**. The plaintiffs' motion is not a "pleading," *see* Fed. R. Civ. P. 7(a), and therefore Fed. R. Civ. P. 12(f) is inapplicable.

The plaintiffs' motion (ECF No. 236) is also **denied**. In addition to reasons stated more fully on the record, plaintiffs' counsel failed to fully comply with his obligation under Judge Pepper's protective order (ECF No. 44, § (D)) and Civ. L.R. 37 to meet and confer in a good faith attempt to reach an accord prior to filing the motion.

**SO ORDERED.**

Dated at Milwaukee, Wisconsin this 13th day of November, 2018.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge