IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

**ESTATE OF LALIAH SWAYZER,** *et al.*,

        **Plaintiffs,**

Case No. 16-CV-1703

**v.**

**DAVID J. CLARKE, JR.,** *et al.*,

        **Defendants.**

**COUNTY DEFENDANTS' STATEMENT IN REGARD TO PLAINTIFFS'
CIVIL L.R. 7(h) EXPEDITED NON-DISPOSITIVE MOTION TO COMPEL
(Dkt. 277)**

The County Defendants advise the Court that they have reached a resolution through negotiation of the issues raised in Plaintiffs' Motion to Compel and the parties have committed their agreement to writing. Attorney David Lang, one of the counsel for the Plaintiffs, has authorized me to report to the Court that the Motion to Compel (dkt. 277) may be denied as moot.

Dated this 1st day of April, 2019.

**LEIB KNOTT GAYNOR LLC**

By:   */s/ Douglas S. Knott*
Douglas S. Knott, SBN 1001600
Attorneys for Milwaukee County Defendants
219 N. Milwaukee Street, Suite 710
Milwaukee, WI 53202
Telephone (414) 276-2102
Fax (414) 276-2140
Email   dknott@lkglaw.net