IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

ESTATE OF LALIAH SWAYZER, *et al.,*

        Plaintiffs,

v.

DAVID A. CLARK, JR., *et al.,*

        Defendants.

Case No. 16-CV-1703

## DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AS TO CAUSATION REGARDING THE DEATH OF LALIAH SWAYZER

Pursuant to Fed. R. Civ. P. 56, the undersigned Defendants, by their attorneys, respectfully move for an order granting them summary judgment on each of plaintiffs' claims regarding the death of Laliah Swayzer for failing to present any evidence regarding causation.

The grounds for this motion are set forth in the accompanying brief, proposed facts for purposes of summary judgment, declarations of Stephen T. Trigg, Dr. Carolyn M. Salafia, Dr. Donald R. Graham, table of unpublished authorities, and the pleading and records already on file with this Court.

Dated this 29th day of May, 2019.

| | |
|---|---|
| GASS WEBER MULLINS LLC<br>Attorneys for Defendant Dr. Gina Negrette<br><br>*s/Stephen T. Trigg*<br>Linda V. Meagher, WI SBN 1000558<br>meagher@gwmlaw.com<br>Stephen T. Trigg, WI SBN 1075718 | OTJEN LAW FIRM, S.C.,<br>Attorneys for Defendant Karen Ronquillo-Horton<br><br>*s/Lori Gendelman*<br>Lori Gendelman<br>Randall R. Guse |

trigg@gwmlaw.com
241 North Broadway
Suite 300
Milwaukee, WI 53202
414-223-3300 T
414-224-6116 F

CUNNINGHAM, MEYER & VEDRINE, P.C.
Attorneys for Defendants Dr. Maureen White, Dr. Tulay Gulsen, N.P. Katherine Meine, and R.N. Frederick Porlucas

s/ Chad M. Skarpiak
Chad M. Skarpiak (IL Bar #6304021)
One East Wacker Drive, Suite 2200
Chicago, Illinois 60601
(312) 578-0049
cskarpiak@cmvlaw.com

LEIB KNOTT GAYNOR LLC
Attorneys for Defendants David J. Clarke, Jr., Kimberly Witkowiak, Kevin Ustby, Keziah Love, Terina Cunningham, Jeffrey Andrykowski, Paul Hein, Milwaukee County and Wisconsin County Mutual Insurance Company

s/ Douglas S. Knott
Charles R. Starnes, SBN 1113293
Douglas S. Knott, SBN 1001600
219 N. Milwaukee Street, Suite 710
Milwaukee, WI 53202
Telephone: (414) 276-2102
Fax (414) 276-2140
dknott@lkglaw.net
cstarnes@lkglaw.net

20935 Swenson Drive, Suite 310
Waukesha, WI 53186
262-777-2215/262-777-2221
rguse@otjen.com
lgendelman@otjen.com

GODFREY & KAHN, S.C.,
Attorneys for Defendant Wisconsin Health Care Liability Insurance Plan

s/ Nina G. Beck
James A. Friedman
Nina G. Beck
833 E. Michigan St., Ste. 1800
Milwaukee, WI 53202
Phone: 414-273-3500
Fax: 414-273-5198
jfriedma@gklaw.com
nbeck@gklaw.com

MWH LAW GROUP LLP
Attorneys for Defendants Armor Correctional Health Services, Inc.

s/Eric Andrews
Emery K. Harlan, Esq.
State Bar No. 1000240
Eric Andrews, Esq.
State Bar No. 1068550
735 N. Water St., Suite 610
Milwaukee, WI 53202
Phone: (414) 436-0353
Fax: (414) 436-0354
emery.harlan@mwhlawgroup.com
eric.andrews@mwhlawgroup.com

2
Case 2:16-cv-01703-PP-WED   Filed 05/29/19   Page 2 of 2   Document 300