IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

ESTATE OF LALIAH SWAYZER, *et al.,*

        Plaintiffs,

                                              Case No. 16-CV-1703

v.

DAVID A. CLARK, JR., *et al.,*

        Defendants.

## DEFENDANTS' TABLE OF UNPUBLISHED AUTHORITIES CITED IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT AS TO CAUSATION REGARDING THE DEATH OF LALIAH SWAYZER

Pursuant to Civil L.R. 7(j)(2), Defendants submit this Table of Unpublished Authorities in support of their Motion for Summary Judgment as to Causation Regarding the Death of Laliah Swayzer.

| Tab 1 | *Benson v. Bowens*, 2018 WL 566846 (E.D. Wis. Jan. 25, 2018) |
| Tab 2 | *Cooper v. Mahone*, 2014 WL 4813740 (N.D. Ill. Sept. 29, 2014) |
| Tab 3 | *Foote v. Lewis*, 2014 WL 202706 (N.D. Ill. Jan. 17, 2014) |
| Tab 4 | *Johnson v. Obiora*, 2018 WL 4496313 (E.D. Wis. Sept. 19, 2018) |
| Tab 5 | *Kendrick v. Frank*, 2008 WL 11452081 (E.D. Wis. Mar. 21, 2008) |
| Tab 6 | *Kyles v. Williams*, 2015 WL 5461566 (N.D. Ill. Sept. 17, 2015) |
| Tab 7 | *La Placa v. Johnson*, 1990 WL 304323 (N.D. Ill. Nov. 21, 1990) |
| Tab 8 | *McDonald v. Lovell*, 2014 WL 520901 (S.D. Ill. Feb. 7, 2014) |
| Tab 9 | *Roberts v. Neal*, 2016 WL 4267988 (S.D. Ill. Aug. 15, 2016) |

Dated this 29th day of May, 2019.

| | |
|---|---|
| GASS WEBER MULLINS LLC<br>Attorneys for Defendant Dr. Gina Negrette<br><br>*s/Stephen T. Trigg*<br>Linda V. Meagher, WI SBN 1000558<br>meagher@gwmlaw.com<br>Stephen T. Trigg, WI SBN 1075718<br>trigg@gwmlaw.com<br>241 North Broadway<br>Suite 300<br>Milwaukee, WI 53202<br>414-223-3300 T<br>414-224-6116 F | OTJEN LAW FIRM, S.C.,<br>Attorneys for Defendant Karen Ronquillo-Horton<br><br>*s/Lori Gendelman*<br>Lori Gendelman<br>Randall R. Guse<br>20935 Swenson Drive, Suite 310<br>Waukesha, WI 53186<br>262-777-2215/262-777-2221<br>rguse@otjen.com<br>lgendelman@otjen.com |
| CUNNINGHAM, MEYER & VEDRINE, P.C.<br>Attorneys for Defendants Dr. Maureen White, Dr. Tulay Gulsen, N.P. Katherine Meine, and R.N. Frederick Porlucas<br><br>*s/ Chad M. Skarpiak*<br>Chad M. Skarpiak (IL Bar #6304021)<br>One East Wacker Drive, Suite 2200<br>Chicago, Illinois 60601<br>(312) 578-0049<br>cskarpiak@cmvlaw.com | GODFREY & KAHN, S.C.,<br>Attorneys for Defendant Wisconsin Health Care Liability Insurance Plan<br><br>*s/ Nina G. Beck*<br>James A. Friedman<br>Nina G. Beck<br>833 E. Michigan St., Ste. 1800<br>Milwaukee, WI 53202<br>Phone: 414-273-3500<br>Fax: 414-273-5198<br>jfriedma@gklaw.com<br>nbeck@gklaw.com |
| LEIB KNOTT GAYNOR LLC<br>Attorneys for Defendants David J. Clarke, Jr., Kimberly Witkowiak, Kevin Ustby, Keziah Love, Terina Cunningham, Jeffrey Andrykowski, Paul Hein, Milwaukee County and Wisconsin County Mutual Insurance Company<br><br>*s/ Douglas S. Knott*<br>Charles R. Starnes, SBN 1113293<br>Douglas S. Knott, SBN 1001600<br>219 N. Milwaukee Street, Suite 710 | MWH LAW GROUP LLP<br>Attorneys for Defendants Armor Correctional Health Services, Inc.<br><br>*s/Eric Andrews*<br>Emery K. Harlan, Esq.<br>State Bar No. 1000240<br>Eric Andrews, Esq.<br>State Bar No. 1068550<br>735 N. Water St., Suite 610<br>Milwaukee, WI 53202<br>Phone: (414) 436-0353 |

Milwaukee, WI 53202  
Telephone: (414) 276-2102  
Fax (414) 276-2140  
dknott@lkglaw.net  
cstarnes@lkglaw.net  

Fax: (414) 436-0354  
emery.harlan@mwhlawgroup.com  
eric.andrews@mwhlawgroup.com