# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

**THE ESTATE OF LALIAH SWAYZER,** *et al.*,

    **Plaintiffs,**

Case No. 16-CV-1703

v.

**DAVID J. CLARKE JR.,** *et al.*,

    **Defendants.**

## STIPULATION FOR DISMISSAL OF ALL CLAIMS AND/OR AFFIRMATIVE DEFENSES THAT MAY APPLY TO KEVIN USTBY, PAUL HEIN AND DAVID A. CLARKE, JR.

It is hereby stipulated by the undersigned parties, by and through their respective counsel, as follows:

1. That the Third Amended Complaint names Kevin Ustby (incorrectly identified as "Kevin Utsby"), Paul Hein, and David A. Clarke, Jr. (incorrectly identified as "David J. Clarke, Jr.") as defendants; and,

2. That the Court may enter an Order dismissing the above named defendants in Paragraph No.1 with prejudice and without costs or fees — inclusive of crossclaims, counterclaims, and affirmative defenses the may relate to the dismissed defendants' potential liability. The Parties further agree that those defendants may be removed from the case caption.

Dated June 4, 2019.

**JUDGE, LANG & KATERS, LLC**

By: /s/ *Christopher P. Katers*
    Christopher P. Katers, SBN 1067557
    David J. Lang, SBN 1001218
    Kevin G. Raasch, SBN 1100196
    Attorneys for Plaintiffs
    8112 West Bluemound Road, Suite 101
    Wauwatosa, WI 53213
    Telephone: (414) 777-0778 | Fax: (414) 777-0776
    Email: ckaters@jlk-law.com
           dlang@jkl-law.com
           kraasch@jlk-law.com

Dated June 4, 2019.

**GENDE LAW OFFICE, S.C.**

By: /s/ *James J. Gende, II*
    James J. Gende, II SBN 1030921
    Attorney for Plaintiffs
    N28W2300 Roundy Drive, Suite 200
    Pewaukee, WI 53072
    Telephone: (262) 970-8500 | Fax: (262) 970-7100
    Email: jgende@jamesgendelaw.com

Dated June 4, 2019.

**CADE LAW GROUP LLC**

By: /s/ *Nathaniel Cade, Jr.*
    Nathaniel Cade, Jr., SBN 1028115
    Attorney for Plaintiff, The Estate of Laliah Swayzer
    PO Box 170887
    Milwaukee, WI 53217
    Telephone: 414-255-3802 | Fax: 414-255-3804
    Email: nate@cade-law.com

Dated June 4, 2019.

        **LEIB KNOTT GAYNOR LLC**

        By:  /s/ *Douglas S. Knott*
        Douglas S. Knott, SBN 1001600
        Charles R. Starnes, SBN 1113293
        Attorneys for Defendants Milwaukee County, David A. Clarke, Jr., Kimberly Witkowiak, Kevin Ustby, Keziah Love, Terina Cunningham, Jeff Andrykowski, Paul Hein, and Wisconsin County Mutual Insurance Company
        219 North Milwaukee Street, Suite 710
        Milwaukee, WI 53202
        Telephone: (414) 276-2102 | Fax: (414) 276-2140
        Email: dknott@lkglaw.net
               cstarnes@lkglaw.net

Dated June 4, 2019.

        **MWH LAW GROUP LLP**

        By:  /s/ *Emery K. Harlan*
        Emery K. Harlan, SBN 1000240
        Eric L. Andrews, SBN 1068550
        Attorneys for Armor Correctional Health Services, Inc.
        735 North Water Street, Suite 610
        Milwaukee, WI 53202
        Telephone: 414-436-0353 | Fax: 414-436-0354
        Email: emery.harlan@mwhlawgroup.com
               eric.andrews@mwhlawgroup.com

Dated June 4, 2019.

        **CUNNINGHAM MEYER & VEDRINE PC**

        By:  /s/ *Chad M. Skarpiak*
        Chad M. Skarpiak
        Kenneth D. Seale, SBN 1041738
        Michael R. Slovis | Peter J. Strauss
        Attorneys for Dr. Maureen White, NP Katherine Meine, RN Frederick Porculas, Dr. Turay Gulsen
        1 East Wacker Drive, Suite 2200
        Chicago, IL 60601
        Telephone: 312-578-0049 | Fax: 312-578-0247
        Email: cskarpiak@cmvlaw.com
               kseale@cmvlaw.com
               mslovis@cmvlaw.com
               pstrauss@cmvlaw.com

Dated June 4, 2019.

                **GASS WEBER MULLINS LLC**

                By: */s/ Linda Vogt Meagher*
                    Linda Vogt Meagher, SBN 1000558
                    Stephen T. Trigg, SBN 1075718
                    Attorneys for Gina Negrette, M.D.
                    241 North Broadway, Suite 300
                    Milwaukee, WI 53202
                    Telephone: (414) 277-8500
                    Fax: (414) 277-8521
                    Email: meagher@gwmlaw.com
                             trigg@gwmlaw.com

Dated June 4, 2019.

                **GODFREY & KAHN SC**

                By: */s/ Nina G. Beck*
                    James A. Friedman, SBN 1020756
                    Nina G. Beck, SBN 1079460
                    Attorneys for Wisconsin Health Care Liability Insurance Plan
                    1 East Main Street, Suite 500
                    Madison, WI 53701-2719
                    Telephone: (608) 284-2617 | Fax: (608) 257-0609
                    Email: jfriedman@gklaw.com
                             nbeck@gklaw.com

Dated June 4, 2019.

                **OTJEN GENDELMAN ZITZER JOHNSON & WEIR SC**

                By: */s/ Randall R. Guse*
                    Lori Gendelman, SBN 1005633
                    Jason J. Franckowiak, SBN 1030873
                    Randall R. Guse, SBN 1024900
                    Attorneys for Karen Ronquillo-Horton, M.D.
                    20935 Swenson Drive, Suite 310
                    Waukesha, WI 53186
                    Telephone: (262) 777-2221 | Fax: (262) 777-2201
                    Email: lgendelman@otjen.com
                             jfranckowiak@otjen.com
                             rguse@otjen.com

Dated June 4, 2019.

                **NICOLAIDES FINK THORPE**
                **MICHAELIDES SULLIVAN LLP**

By: */s/ Rhani A. Elrahman*
     Christopher J. Nadeau
     Rhani A. Elrahman
     Attorneys for Evanston Insurance Company
     10 South Wacker Drive, Suite 2100
     Chicago, IL 60606
     Telephone: 312-585-1456 | Fax: 312-585-1401
     Email: cnadeau@nicolaidesllp.com
             relrahman@nicolaidesllp.com

5

Case 2:16-cv-01703-PP-WED    Filed 06/04/19    Page 5 of 5    Document 308