UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ESTATE OF LALIAH SWAYZER, *et al.*,

    Plaintiffs,

v.                            Case No. 16-cv-1703-pp

DAVID A. CLARKE, JR., *et al.*,

    Defendants.

---

**ORDER APPROVING STIPULATION FOR DISMISSAL OF CLAIMS AGAINST DEFENDANTS USTBY, HEIN AND CLARKE (DKT. NO. 308)**

---

On June 4, 2019, the parties filed a Stipulation for Dismissal of All Claims and/or Affirmative Defenses That May Apply to Kevin Ustby, Paul Hein, and David A. Clarke, Jr. Dkt. No. 308. The court **APPROVES** the stipulation and **ORDERS** that defendants Ustby, Hein and Clarke are **DISMISSED** from this case with prejudice and without costs or fees—inclusive of crossclaims, counterclaims, and affirmative defenses that may related to their potential liability.

Dated in Milwaukee, Wisconsin this 6th day of June, 2019.

                                  **BY THE COURT:**

                                  **HON. PAMELA PEPPER**
                                  **United States District Judge**