| | |
|---|---|
| THE ESTATE OF LALIAH SWAYZER; SHADE SWAYZER; DIANE RUFFIN; and CHARLENE RUFFIN, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID J. CLARKE JR; et al. <br><br> Defendants. | Case No.: 16-CV-1703 |

**<u>Defendants Gulsen, White, and Meine's Motion for Summary Judgment</u>**

Defendants, Dr. Gulsen, Dr. White, and Nurse Katherine Meine, by their undersigned counsel, and pursuant to Rule 56 of the Federal Rules of Civil Procedure, move this Honorable Court to grant them summary judgment in their favor. A proposed statement of facts and memorandum of law is presented contemporaneously with and in support of this motion.

WHEREFORE, Defendants pray that this Honorable Court grant summary judgment in their favor and against Plaintiffs.

Respectfully submitted,<br>
CUNNINGHAM, MEYER & VEDRINE, P.C.<br><br>
By: <u>/s/ Chad M. Skarpiak</u><br>
One of the Attorneys for Defendants

Michael R. Slovis
Chad M. Skarpiak
CUNNINGHAM, MEYER & VEDRINE, P.C.
1 East Wacker Drive, Suite 2200
Chicago, Illinois 60601
Tel: (312) 578-0049
cskarpiak@cmvlaw.com