IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

**ESTATE OF LALIAH SWAYZER, *et al.*,**
  **Plaintiffs,**

               **Case No. 16-CV-1703**

 v.

**DAVID A. CLARKE, JR., *et al.*,**
  **Defendants.**

## PLAINTIFF'S COUNSEL'S CIVIL L.R.7(h) EXPEDITED NON-DISPOSITIVE MOTION FOR BRIEF CONTINUANCE ON STATUS CONFERENCE/HEARING

Plaintiff's counsel, by his attorney, Robert E. Barnes, Barnes Law, respectfully requests a short continuance for the matter scheduled on December 5, 2019, only in the event that the Court intends to address in a substantive manner Milwaukee County's Motion for Sanctions. (D.317 & 318). In support thereof, plaintiff's counsel states as follows:

1. That Robert E. Barnes (Barnes) was retained to represent plaintiff's counsel in response to Milwaukee County's Motion for Sanctions. (D.317 & 318).

2. That Barnes entered his appearance for plaintiff's counsel on July 24, 2019. (D.331) That Barnes is currently on trial representing the defendant in *USA v. Wynn*, District of Arizona, Case No.2:18-cr-01649. This is a criminal tax matter with Kevin Scott Wynn being indicted on 1 count of 26 USC 7201 and 3 counts of 26 USC 7203 (tax evasion, and failure to file respectively). Counsel were directed to be present starting on 12/3/2019 by U.S. District Judge Susan M. Brnovich.

3. That to the extent the Court in this matter intends to address the issues raised by the County Defendant's Motion (D.331) at the status conference set for tomorrow, Barnes respectfully requests a short continuance so he may represent plaintiff's counsel's interest.

Respectfully submitted this 4th day of December, 2019.

s/ Robert E. Barnes
Robert E. Barnes
Barnes Law
601 South Figueroa Street, Ste 4050
Los Angeles, Ca. 90017
213.330.3341
robertbarnes@barneslawllp.com
Attorneys for Plaintiffs