UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

THE ESTATE OF LALIAH SWAYZER,
SHADÉ SWAYZER; DIANE RUFFIN
and CHARLENE RUFFIN,

        Plaintiffs,

Case No. 16-cv-1703-pp

  v.

DAVID J. CLARKE JR., KIMBERLY WITKOWIAK,
KEVIN UTSBY, KEZIAH LOVE, T. CUNNINGHAM,
JEFF ANDRYKOWSKI, PAUL HEIN, MILWAUKEE COUNTY,
WISCONSIN COUNTY MUTUAL INSURANCE CORPORATION,
ARMOR CORRECTIONAL HEALTH SERVICES, INC.,
DR. MAUREEN WHITE, DR. RONQUILLO-HORTON,
N.P. KATHERINE MEINE, DR. GINA NEGRETTE,
R.N. FREDRICK PORLUCAS, DR. TURAY GULSEN,
STEVEN SCHMID, EVANSTON INSURANCE COMPANY
and WISCONSIN HEALTH CARE LIABILITY,

        Defendants.

**ORDER GRANTING DEFENDANT EVANSTON INSURANCE COMPANY'S UNOPPOSED MOTION FOR SUMMARY JUDGMENT (DKT. NO. 364) AND DISMISSING EVANSTON INSURANCE COMPANY AS A DEFENDANT**

On August 19, 2019, defendant Evanston Insurance Company filed a motion for summary judgment. Dkt. No. 364. No party responded to the motion. At the December 5, 2019, motion hearing, counsel for Evanston Insurance Company notified the court that neither the plaintiffs nor any other party opposed the motion and asked the court to grant it and to dismiss Evanston as a defendant. None of the parties present objected, and the court granted the oral motion.

1

The court **GRANTS** the unopposed motion for summary judgment filed by Evanston Insurance Company. Dkt. No. 364.

The court **ORDERS** that all claims against defendant Evanston Insurance Company are **DISMISSED with prejudice** and without costs to any party, and that Evanston Insurance Company is **DISMISSED** as a defendant.

Dated in Milwaukee, Wisconsin this 11th day of December, 2019.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**

2

Case 2:16-cv-01703-PP-WED   Filed 12/11/19   Page 2 of 2   Document 485