# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

Court Minutes and Order

| | |
|---|---|
| HEARING DATE: | August 5, 2021 |
| JUDGE: | Brett H. Ludwig |
| CASE NO.: | 16-cv-01703-BHL |
| CASE NAME: | The Estate of Laliah Swayzer et al v. Milwaukee County et al |
| MATTER: | Status Conference |
| APPEARANCES: | David J. Lang and James J. Gende II, Attorneys for Plaintiffs |
| | Nathaniel Cade, Jr., Guardian Ad Litem |
| | Douglas S. Knott, Attorney for Defendants Milwaukee County, Kimberly Witkowiak, Keziah Love, Terina Cunningham, Jeff Andrykowski, Amika Avery, Diedre Adams, and Wisconsin County Mutual Insurance Corporation |
| | Emery K. Harlan, Attorney for Defendant Armor Correctional Health Services Inc |
| | Chad M. Skarpiak, Attorney for Defendants Dr. Maureen White, NP Katherine Meine, RN Frederick Porlucas, Dr. Turay Gulsen, and Steven Schmid |
| | Randall R. Guse, Attorney for Defendant Dr. Karen Ronquillo-Horton |
| | Linda Vogt Meagher and Stephen T Trigg, Attorneys for Defendant Dr. Gina Negrette |
| | Nina G Beck, Attorney for Defendant Wisconsin Health Care Liability Insurance Plan |
| TIME: | 11:03 a.m. – 11:55 a.m. |
| COURTROOM DEPUTY: | Chrissy B. |

**AUDIO OF THIS HEARING IS AT ECF NO. 516**

---

The Court discussed the status of the case with counsel for the parties and kept the long-pending motions for summary judgment under advisement. For the reasons stated on the record,

**IT IS HEREBY ORDERED** that Armor Correctional Health Services Inc.'s motion to withdraw Attorney Robert L. Shannon Jr. as counsel, ECF No. 513, is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiffs' counsel's motion to stay the payment of attorney fees and costs, ECF No. 510, is **DENIED**. Plaintiffs' counsel must pay the amount due in full on or before **August 19, 2021**. Failure to do so may result in additional sanctions.

**IT IS FURTHER ORDERED** that with plaintiffs' consent, all claims against defendant Keziah Love are **DISMISSED**.

Dated at Milwaukee, Wisconsin on August 5, 2021.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge