# United States District Court
# Eastern District of Wisconsin

**PDF FILE WITH AUDIO FILE ATTACHMENT**

2:16–cv–01703

Estate of Laliah Swayzer et al v. Witkowiak et al

| | |
|---|---|
| Office : | 2  Milwaukee |
| Case Type : | cv |
| Case Number : | 2:16–cv–01703 |
| Case Title : | Estate of Laliah Swayzer et al v. Witkowiak et al |
| Session Date/Time : | 9/14/23 at 4:00 p.m. |
| Audio File Name : | swayzer.mp3 |
| Audio File Size : | 11.3 MB |
| Audio Run Time : | 00:11:48 |

**Help Using This File :**

An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Paper Clip icon or View > Show/Hide > Navigation Panes > Attachments. Select the Audio File and click Open.
**MPEG Layer–3 audio coding technology from Fraunhofer IIS and Thomson.**

This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C.Â§ 753 (b) "[n]o transcripts of the proceedings of the court shall be considered official exept those made from the records certified by the reporter or other individual designated to produce the record."