

Douglas S. Knott, Esq.
414.276.2109
dknott@lkglaw.net

*VIA ELECTRONIC FILING*

September 15, 2023

The Honorable Brett H. Ludwig
United States Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202

    Re:    *Estate of Laliah Swayzer, et al. v. Witkowiak, et al.*
             Eastern District of Wisconsin Case No. 16-CV-1703

Dear Judge Ludwig:

I am writing on behalf of the parties to inform the Court that the parties have reached an agreement to resolve all claims and will not need to proceed to trial this Monday, September 18, 2023.

This will confirm the Court's instruction that the parties appear by counsel in the courtroom on Monday, September 18, 2023 at 9:00 a.m. to confirm resolution on the record.

Thank you.

Very truly yours,

LEIB KNOTT GAYNOR LLC

*/s/ Douglas S. Knott*

Douglas S. Knott

DSK/csg

cc:    All parties of record via ECF notification

**LEIB KNOTT GAYNOR LLC**
219 North Milwaukee Street | Suite 710 | Milwaukee, WI 53202
414-276-2102 | 414-276-2140 (fax) | www.lkglaw.net
Case 2:16-cv-01703-BHL   Filed 09/15/23   Page 1 of 2   Document 684