

Douglas S. Knott, Esq.
414.276.2102
dknott@lkglaw.net

*VIA ELECTRONIC FILING*

October 17, 2023

Judge Brett H. Ludwig
United States Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202

      Re:    The Estate of Laliah Swayzer, et al. v. Kimberly Witkowiak
                 Eastern District of Wisconsin Case No. 16-CV-1703

Dear Judge Ludwig:

Attorney Lucey and I have communicated regarding completion of documentation necessary to wrap up this matter. He advised me he has enlisted colleagues to assist in establishing a trust to assist Ms. Swayzer in management of funds. We recently confirmed payment directions and are awaiting a settlement check made payable according to those directions. I am circulating a proposed release with my clients and will share with plaintiffs' counsel shortly.

We do not anticipate any issues in bringing the matter to conclusion promptly, but request the Court allow the matter to remain pending for another 30 days to assure Mr. Lucey's appointment will continue until the documentation is completed.

Thank you.

Very truly yours,

**LEIB KNOTT GAYNOR LLC**

*/s/ Douglas S. Knott*

Douglas S. Knott

DSK/csg
cc:    All counsel of record via ECF notification

**LEIB KNOTT GAYNOR LLC**
219 North Milwaukee Street | Suite 710 | Milwaukee, WI 53202
414-276-2102 | 414-276-2140 (fax) | www.lkglaw.net

Case 2:16-cv-01703-BHL    Filed 10/17/23    Page 1 of 1    Document 687