**ESTATE OF LALIAH SWAYZER**, et al.
          Plaintiffs,                                        **Case No: 16-CV-1703**
     v.
**KIMBERLY WITKOWIAK, et al.**
          Defendants.

## JOINT INTERIM SETTLEMENT REPORT

NOW COME the remaining parties, by and through their respective counsel, to advise this Court that discussions between the plaintiffs and County Defendant, Kimberly Witkowiak and her insurer on the terms of final settlement documents continue. The plaintiffs and the County Defendants may have arrived at a satisfactory agreement, but the same is subject to client review by the County Defendants. The Medical Defendants, Tulay Gulsen and Katherine Meine, agreed with Plaintiffs as to a stipulation for dismissal with prejudice and without costs to either party. The parties respectfully request an additional 10 days to submit a stipulation of dismissal or joint status regarding settlement.

Dated this 20th day of November, 2023.

**GENDE LAW OFFICE, S.C.**
Attorneys for Plaintiffs

By: s/ James J. Gende
James J. Gende
Attorney for Plaintiffs
N28W2300 Roundy Dr., Ste. 200
Pewaukee, WI 53072
Telephone: (262) 970-8500
Fax: (262) 970-7100
Email: jgende@jamesgendelaw.com

**KATERS & GRANITZ, LLC**
Attorneys for Plaintiffs

By: s/ Christopher P. Katers
Christopher P. Katers
Attorney for Plaintiffs
8112 W. Bluemound Road, Ste. 101
Milwaukee, WI 53213
Telephone: (414) 600-0115
Fax: (414) 600-9551
Email: ckaters@katersgranitz.com

**LAW OFFICES OF DAVID J. LANG**
Attorneys for Plaintiffs

By: s/ David J. Lang
David J. Lang
Attorney for Plaintiffs
8112 W. Bluemound Road, Ste. 102
Milwaukee, WI 53213
Telephone: (414) 777-0778
Fax: (414) 777-0776
Email: davidjlang@outlook.com

**LEIB KNOTT GAYNOR LLC**
Attorneys for Kimberly Witkowiak

By: s/Douglas S. Knott
Douglas S. Knott
219 N. Milwaukee Street, Suite 710
Milwaukee, WI 53202
www.lkglaw.net
Direct: 414-276-2109
Cell: 414-416-9095
Fax: 414-276-2140

**GUTGLASS ERICKSON LARSON &SCHNEIDER, S.C.**
Attorneys for Tulay Gulsen MD and Katherine Meine

By: s/ Lauren L. Wick
Lauren L. Wick (1097578)
735 N Water Street Suite 1400
Milwaukee, WI 53202
Telephone: (414-273-1144)
Fax: (414-273-3821)
lauren.wick@gebsc.com